**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **YUSUFU TAJUDEEN DANMOLA #54779-177,** Petitioner | **CIVIL DOCKET NO. 1:21-CV-03350-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **USA,** Respondent | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 5], and after a *de novo* review of the record including the Objection filed by Petitioner [ECF  No. 6], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS, DONE AND SIGNED in Chambers on this 1st day of December 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE